JUDGE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-5691FDB |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO PRESERVE EVIDENCE |
| vs. | ) ) | |
| THO DONG PHAN, | ) ) | |
| Defendant. | ) ) ) | |

Based upon a review of Defendant's Motion for an Order to Preserve Evidence, the Memorandum and exhibits in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that all evidence in the above-captioned case under the custody and control of the Government, including all alleged narcotics, be preserved and held in safekeeping by the Government until further order of this Court.

DONE this 8th day of March, 2005.

      /s/ Franklin D Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Colin A. Fieman*
Colin A. Fieman
Attorney for Defendant

ORDER GRANTING MOTION TO PRESERVE EVIDENCE -- 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710